No. 02–11072. ROE v. BAKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–11073. SCHLAEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11074. RUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11075. NUNES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11076. MYERS v. JOHNSON, ACTING SECRETARY OF THE NAVY. C. A. 11th Cir. Certiorari denied.

No. 02–11077. NESBY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11078. PAULEY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–11079. NORRIS v. HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–11080. KING v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–11081. LAMBERT v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–11082. LUNA-MADELLAGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11083. QUINTANA-QUINTANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11084. ROMERO-CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11085. SIMMONS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11086. PHONG DOAN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.